No. —, original. EX PARTE JOSEPH E. JONES. November 8, 1937. The motion for leave to file a petition for writ of mandamus is denied.

No. 849 (October Term, 1936). OHIO EX REL. GREEN v. KING ET AL. November 8, 1937. The motion for leave to file a fourth petition for rehearing is denied. 301 U. S. 681.

No. 229. DUKE v. UNITED STATES. November 8, 1937. Motion of petitioner to stay the order denying petition for writ of certiorari and the order denying petition for rehearing thereof denied. *Mr. Jesse C. Duke, pro se.* ▆

No. 28. TEXAS ET AL. v. DONOGHUE, TRUSTEE. November 10, 1937. David Donoghue, Trustee, under an order to liquidate, substituted as the party respondent on motion of *Mr. Robert W. Kellough* in that behalf. ▆

No. 429. CRAMER, ADMINISTRATOR, v. PHOENIX MUTUAL LIFE INS. CO. ET AL.;

No. 430. COBURN ET AL. v. SAME;

No. 431. CRAMER, ADMINISTRATOR, v. AETNA LIFE INS. CO. ET AL.; and

No. 432. COBURN ET AL. v. SAME. November 12, 1937. Orders denying petition for writs of certiorari withheld on motion of *Mr. Richard S. Doyle* in behalf of counsel for the petitioners. Reported below: 91 F. (2d) 141.

No. —, original. EX PARTE ROBERT G. TAYLOR ET AL. November 15, 1937. Motion for leave to file brief denied.